# United States Bankruptcy Court
## Eastern District of Kentucky-Covington Division

In re: **Roger David Asher / Michelle Renee Asher**, Debtor(s)

Case No. **19-20034**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, a copy of the Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- US Trustee
- Beverly Burden, Chapter 13 Trustee
- All Creditors

Further, I hereby certify that on February 7, 2019, a copy of the Chapter 13 Plan, the Schedules and notice of the 341 Meeting of Creditors was served electronically or by regular United States mail to the following added creditors:

Department of Revenue
Frankfort KY 40601

Edgewood Dental
155 Barnwood Dr. #1
Erlanger KY 41018

General Electric Credit Union
C/O Weltman Weinberg & Reis
525 Vine st. Suite 800
Cincinnati OH 45202

IRS
2970 Market Street
Philadelphia PA 19104

Ohio Auto Loan Services, Inc
5705 Cheviot Road
Cincinnati OH 45247

Reach Publishing Systems, Inc
Cincinnati OH 45242

This 11th day of February, 2019.

/s/ William T. Lunceford for W. Ron Adams
**William T. Lunceford for W. Ron Adams 82078**
**W. Ron Adams, PSC**
**488 Erlanger Road**
**Erlanger, KY 41018**
**1-859-727-4444 Fax:1-859-727-4406**
**wracourtnotices@gmail.com**